UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNELL PARRISH,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.<br><br>Defendant. | Case No. 1:23-cv-00284-JLT-CDB<br><br>ORDER ON STIPULATION FOR INDEPENDENT MEDICAL EXMINATION (IME) OF PLAINTIFF CARNELL PARRISH AND PROTECTIVE ORDER RE: IME<br><br>(Doc. 19) |

Pending before the Court is the parties' stipulation for an independent medical examination ("IME") of Plaintiff Carnell Parrish ("Plaintiff") and protective order governing the IME by of Plaintiff by Defendant Wal-Mart Associates, Inc. ("Defendant"). (Doc. 19). The parties represent an examination of Plaintiff will take place by Dr. Judy Ho, Ph.D., a qualified medical examiner, at 1600 Rosecrans Avenue, Media Center 4th Floor, Manhattan Beach, CA 90266. *Id*. at 2-3. In their stipulation, the parties detail the conditions, time and scope of the examination to be conducted. *Id*. at 2-8. Further, the parties note Defendant will be responsible for all fees associated with this examination, including Dr. Ho's cancellation policy.

/ / /

/ / /

1

     The parties' stipulation complies with Fed. R. Civ. P. 35(a)(2)(B).  Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

    1. Plaintiff shall undergo an independent medical examination, the conduct of which shall be governed by the parties' stipulated protective order and otherwise comply with the terms of the parties' stipulated agreement. (Doc. 19)

IT IS SO ORDERED.

Dated:  **March 28, 2024**

UNITED STATES MAGISTRATE JUDGE

2