# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARNELL PARRISH ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **1:23–CV–00284–JLT–CDB** |
| v. | |
| **WAL–MART ASSOCIATES, INC. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/11/2026 .**

ENTERED:   **February 11, 2026**     /s/  **Keith Holland**
                                       Clerk of Court